ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 7 2005
CLERK, U.S. DISTRICT COURT
By _____
     Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 3:02-CR-0404-D |
| | ) No. 3:04-CV-2553-D |
| RAMON CASTRO-LEON | ) |

## ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has made a *de novo* review of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct and are hereby adopted.

Signed this 7th day of November, 2005.

Sidney A. Fitzwater
United States District Judge